**Order filed, November 14, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00938-CV
_____

**CAROLYN WARRICK, Appellant**

**V.**

**MOTIVA ENTERPRISES, L.L.C, Appellee**

---

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Court Cause No. A-192,663**

---

## ORDER

The reporter's record in this case was due October 28, 2013. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Anita Seegers**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM